[No. 61934-9-I.   Division One.   May 11, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. NOLBERTO DEJESUS TELLEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-09115-3, Monica J. Benton, J., entered June 27, 2008. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Grosse and Lau, JJ.

[No. 62058-4-I.   Division One.   May 11, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. J.T., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-8-04245-0, LeRoy McCullough, J., entered July 21, 2008. *Affirmed* by unpublished opinion per Agid, J., concurred in by Dwyer, A.C.J., and Becker, J.

[No. 36032-2-II.   Division Two.   May 12, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. LIONEL GEORGE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-01393-1, Frank E. Cuthbertson, J., entered March 6, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J., and Bridgewater, J.

[No. 36209-1-II.   Division Two.   May 12, 2009.]

*In the Matter of the Personal Restraint of* RODNEY COOLEY, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Hunt, J., concurred in by Penoyar, A.C.J., and Armstrong, J.